# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

MEMO ENDORSED

December 11, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-19

**By Overnight Mail**

The Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Alan Kaufman, et al.*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

On behalf of our client, Alan Kaufman, we respectfully request permission for Mr. Kaufman to undertake the following travel:

1. To West Palm Beach, Florida on January 22, 2020, to assist his father's move into an assisted living facility, returning to the Eastern District of New York on January 30, 2020;

2. To Los Angeles, California on March 11, 2020, to visit his son, returning to the Eastern District of New York on March 19, 2020.

We have conferred with the government and with Pretrial Services Officers Courtney DeFeo and Mallori Brady, and each has no objection to this application.

Respectfully submitted,

Nelson A. Boxer
Mirah Curzer

cc (by email): Dina McLeod
Katherine Reilly
*Assistant United States Attorneys*

Officer Courtney DeFeo
Officer Mallori Brady
*Pretrial Services*

SO ORDERED

LEWIS A. KAPLAN, USDJ
12/20/19



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2019

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Alan Kaufman, 19 Cr. 504 (LAK)**

Dear Judge Kaplan:

    The Government writes in response to the defendant's request for a bail modification dated December 11, 2019. (Dkt. Entry 50). The Government has no objection to the request.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney
        Southern District of New York

    By: *Dina McLeod*
        Dina McLeod
        Assistant United States Attorney
        (212) 637-1040

cc:    Nelson Boxer, Esq. (by ECF)