UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
UNITED STATES OF AMERICA :  **NOTICE OF MOTION**
:
    - v. - :  19 Cr. 504 (LAK)
:
ALAN KAUFMAN, and :
TONY GEORGITON, :
:
    Defendants. :
:
---------------------------------------------------------------x

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2020

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Criminal Procedure 17(c), and upon the accompanying Declaration of Mirah E. Curzer, including the exhibit attached thereto, and upon the accompanying Memorandum of Law, defendant ALAN KAUFMAN, by and through his attorneys, Petrillo Klein & Boxer LLP, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, in Courtroom 21B of the United States District Court, 500 Pearl Street, New York, New York 10007, on a date and time scheduled by the Court, for an Order requiring the Clerk of the Court to issue the subpoena *duces tecum* attached as Exhibit A to the Declaration of Mirah E. Curzer.

Dated: November 27, 2019

                                        Respectfully submitted,

                                        */s/ Nelson A. Boxer*
                                        Nelson A. Boxer
                                        Mirah E. Curzer
                                        655 Third Avenue
                                        New York, NY 10017
                                        Telephone: (212) 370-0330
                                        nboxer@pkbllp.com
                                        mcurzer@pkbllp.com

                                        *Attorneys for Alan Kaufman*

Memorandum Endorsement      United States v. Kaufman, 19-cr-0504 (LAK)

    Kaufman's motion for an order requiring the Clerk to issue the subpoena *duces tecum* attached as Exhibit A to the motion papers (Dkt 43) is denied, substantially for the reasons articulated by the government in its responsive papers. This is without prejudice to a renewed motion for a considerably narrower subpoena that meets the relevant requirements provided that any such renewed motion shall be filed no later than January 21, 2020.

    SO ORDERED.

Dated:  January 6, 2020

                        /s/ Lewis A. Kaplan
                         Lewis A. Kaplan
                      United States District Judge