# PETRILLO KLEIN & BOXER

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2020

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

January 24, 2020

**By ECF**

The Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Alan Kaufman, et al.*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

We respectfully request that the appearance of our client, Alan Kaufman, be excused at the January 28, 2020, court conference.

On December 20, 2019, the Court granted Mr. Kaufman permission to travel to West Palm Beach, Florida, on January 22, 2020, and to remain there until January 30, 2020. *See* ECF No. 53. On January 23, 2020, while Mr. Kaufman was in Florida, the Court directed the parties to appear on January 28, 2020. Mr. Kaufman intended to remain in Florida until January 30 and, as a result, we respectfully request that Mr. Kaufman not be required to attend the January 28, 2020 appearance. I am confident that Mr. Kaufman is making a knowing and voluntary waiver of his right to be present on January 28, and I am prepared to say as much on the 28th if the Court so desires.

Respectfully submitted,

Nelson A. Boxer

Granted on condition that counsel speak with Mr. Kaufman on or before 1/28 27/2020 and that Mr. Kaufman specifically authorizes counsel to waive any right Mr. Kaufman may have to be present on 1/28/2020.

SO ORDERED

LEWIS A. KAPLAN, USDJ
1/27/2020