

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

**BY ECF**

OK
*(signed)* Colleen McMahon
2/13/2020

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: <u>United States</u> v. <u>Alan Kaufman et. al.</u>, 19 Cr. 504 (CM)

Dear Judge McMahon:

    The Government writes to respectfully request a one-week extension of the deadline for the Government to file its response to the defendants' motion to dismiss (Dkt. Entry 78). The response is currently due February 21, 2020 and the defendants' replies are currently due by February 27, 2020. The Honorable Lewis A. Kaplan had scheduled oral argument on the motion for March 4, 2020 at 11:00 a.m.

    We respectfully propose an extension of the briefing deadlines to February 28, 2020 for the Government's response, and March 5, 2020 for the defendants' replies. If the Court wishes to hear oral argument on this motion, all parties are available on March 9 or March 10, 2020.

    Defendants Kaufman and Georgiton have no objection to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: *Dina McLeod*
Dina McLeod
Assistant United States Attorney
(212) 637-1040

cc: Paul Krieger, Esq. (by ECF)
    Arthur Aidala, Esq. (by ECF)
    Nelson Boxer, Esq. (by ECF)