UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

- v. -                                    19 Cr. 504 (LAK)

ALAN KAUFMAN and
TONY GEORGITON,                           **ORDER**

           Defendants.

------------------------------------x

LEWIS A. KAPLAN, District Judge:

The following schedule shall govern pretrial matters [for disclosure of experts and in limine motions] in this case. All disclosures shall be based upon a good faith assessment by each party at the time of the pertinent disclosure.

| | |
|---|---|
| Initial expert disclosure: Government and Defense | August 17, 2020 |
| Government Rule 404(b) disclosure | August 11, 2020 [stet] |
| Government *in limine* motions | August 11, 2020 |
| Defense *in limine* motions | August 18, 2020 |
| Rebuttal or supplemental expert disclosures: Government and Defense | August 24, 2020 |
| Defense responses to Government's *in limine* motions | August 25, 2020 |
| ~~Government exhibit list~~ | ~~August 25, 2020~~ |
| Government disclosure of § 3500 and *Giglio* material | August 27, 2020 |
| Government responses to Defense *in limine* motions | September 1, 2020 |
| ~~Defense objections (assuming proper authentication) to Government exhibit list~~ | ~~September 8, 2020~~ |
| ~~Government requests to charge and proposed *voir dire*~~ | ~~September 8, 2020~~ |
| ~~Government witness list~~ | ~~September 11, 2020~~ |
| ~~Defense requests to charge and proposed *voir dire*~~ | ~~September 17, 2020~~ |

1

| Government and Defense Replies to motions *in limine* | September 21, 2020 |
| Final Pretrial Conference | September __, 2020 |
| *Trial begins* | *September 29, 2020* |
| Defense list of exhibits to be offered at trial in defense case | October 8, 2020 |
| Defense witness list and 26.2 statements | October 8, 2020 |
| Government objections (assuming proper authentication) to Defense exhibit list | October 13, 2020 |

*The Clerk shall terminate Dkt 100 and 101.*

SO ORDERED.

Dated: July 27, 2020
New York, New York

_____
LEWIS A. KAPLAN
United States District Judge

2