UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA           :     **NOTICE OF MOTION**
:
- v. -                              :     19 Cr. 504 (LAK)
:
ALAN KAUFMAN, and                   :
TONY GEORGITON,                     :
:
      Defendants.                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of Max M. Africk, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant ALAN KAUFMAN, by and through his attorneys, Petrillo Klein & Boxer LLP, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, for an Order *in limine* precluding the admission of certain evidence and argument under the Federal Rules of Evidence, specifically, Rules 803(6), 803(8), and 403.

Dated: August 18, 2020                                Respectfully submitted,

                                                                                            /s/ Nelson A. Boxer

                                                            Nelson A. Boxer
                                                           Mirah E. Curzer
                                                           655 Third Avenue
                                                           New York, NY 10017
                                                           Telephone: (212) 370-0330
                                                           nboxer@pkbllp.com
                                                           mcurzer@pkbllp.com
                                                           mafrick@pkbllp.com

                                                           *Attorneys for Alan Kaufman*