UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -                               19 Cr. 504 (LAK)

ALAN KAUFMAN, and
TONY GEORGITON,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MAX M. AFRICK IN SUPPORT OF DEFENDANT ALAN KAUFMAN'S MOTIONS IN LIMINE

      MAX M. AFRICK, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

      1.     I am an associate at the law firm Petrillo Klein & Boxer LLP, counsel for Alan Kaufman, who is a defendant in these proceedings. I submit this Declaration in support of Mr. Kaufman's motions in limine.

      2.     Attached are:

         a.     Exhibit A, a true and correct copy of the Document of Resolution, produced by the National Credit Union Administration ("NCUA"), effectively dated September 30, 2015;

         b.     Exhibit B, a true and correct copy of the Material Loss Review, produced by the NCUA, dated March 29, 2019; and

         c.     Exhibit C, a true and correct copy of the FinPro Report, produced by FinPro, Inc., issued pursuant to an engagement dated July 8, 2016.

Dated: August 18, 2020
       New York, New York

Respectfully submitted,

_____
Max M. Africk