UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA  :  **[CORRECTED] NOTICE OF MOTION**
:
:
- v. -  :  19 Cr. 504 (LAK)
:
ALAN KAUFMAN, and  :
TONY GEORGITON,  :
:
Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Max M. Africk, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant ALAN KAUFMAN, by and through his attorneys, Petrillo Klein & Boxer LLP, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, for an Order *in limine* precluding the admission of certain evidence and argument under the Federal Rules of Evidence, specifically, Rules 803(6), 803(8), and 403.

Dated: August 18, 2020

Respectfully submitted,

Nelson A. Boxer
Mirah E. Curzer
Max M. Africk
655 Third Avenue
New York, NY 10017
Telephone: (212) 370-0330
nboxer@pkbllp.com
mcurzer@pkbllp.com
mafrick@pkbllp.com

*Attorneys for Alan Kaufman*