**MEMO ENDORSED**

# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:            (917) 273-2693
nboxer@pkbllp.com

September 2, 2020

**By ECF**

The Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alan Kaufman, et al.*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

On behalf of Alan Kaufman, we respectfully request the Court's guidance with respect to serving trial subpoenas returnable on September 29, 2020.

Pursuant to the Court's May 1, 2020, Order (Dkt. 96), trial in the above-captioned matter was "provisionally [] set for [] September 29, 2020." Given this unusual posture, we are unsure if we have the ordinary authority to serve subpoenas to attend and testify at the trial, returnable on the provisional trial date.

We therefore ask for the Court's guidance prior to serving trial subpoenas on potential defense witnesses.

Respectfully submitted,

Nelson A. Boxer
Mirah E. Curzer
Max M. Africk

The 9/29/2020 trial date is adjourned *sine die*. The Court anticipates that the case will be tried in the first quarter of 2021.

[Signature]
U.S.D.J.
9/3/2020