UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                                              19-cr-0504 (LAK)

ALAN KAUFMAN, et ano.,

                 Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any response to the government's letter motion dated September 4, 2020 shall be filed no later than September 10, 2020.

        SO ORDERED.

Dated:     September 5, 2020

                                                          /s/ Lewis A. Kaplan
                                                      Lewis A. Kaplan
                                                United States District Judge