UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

ALAN KAUFMAN, and
TONY GEORGITON,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MEMO ENDORSED**

**NOTICE OF MOTION**

19 Cr. 504 (LAK)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Criminal Procedure 17(c), and upon the accompanying Declaration of Mirah E. Curzer, including the exhibits attached thereto, and upon the accompanying Memorandum of Law, defendant ALAN KAUFMAN, by and through his attorneys, Petrillo Klein & Boxer LLP, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, in Courtroom 21B of the United States District Court, 500 Pearl Street, New York, New York 10007, on a date and time scheduled by the Court, for an Order requiring the Clerk of the Court to issue the subpoena *duces tecum* attached as Exhibit A to the Declaration of Mirah E. Curzer.

Dated: January 16, 2019

Respectfully submitted,

*/s/ Nelson A. Boxer*

Nelson A. Boxer
Mirah E. Curzer
655 Third Avenue
New York, NY 10017
Telephone: (212) 370-0330
nboxer@pkbllp.com
mcurzer@pkbllp.com

*Attorneys for Alan Kaufman*

<u>Memorandum Endorsement</u>   <u>United States v Kaufman, 19-cr-0504 (LAK)</u>

The motion [Dkt 56] is granted to the extent that the Clerk shall issue a subpoena *duces tecum* requiring the production, on or before January 15, 2021, if the documents described in paragraph 1 of the section headed Documents to be Produced that is Exhibit A to the declaration of Mirah Curzer, Dkt 57-1. It is denied in all other respects, substantially for the reasons stated by the government.

SO ORDERED.

Dated:   December 9, 2020

_____
Lewis A. Kaplan
United States District Judge