UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                  19-cr-0504 (LAK)

ALAN KAUFMAN,

                          Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This case now has been set as first backup for jury selection commencing March 16, 2021. In the event defendant desires to change his plea, the change of plea is referred to the Magistrate Judge.

        SO ORDERED.

Dated:      December 9, 2020

                                                          _____
                                                                Lewis A. Kaplan
                                                     United States District Judge