UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                                             19-cr-504 (LAK)

ALAN KAUFMAN,

                        Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        It has come to the Court's attention that the subpoena issued by the Clerk's office on December 9, 2020, purportedly pursuant to the Court's order of that date, is inconsistent with the order. The order granted defendant's motion for a subpoena calling for the documents described in paragraph 1 of his proposed subpoena but denied his motion insofar as it sought a subpoena calling for the documents described in paragraphs 2, 3 and 4. The subpoena issued yesterday, however, called for all documents described in all of paragraphs 1 through 4. Accordingly, the December 9, 2020 subpoena issued by the Clerk's office is vacated.

        The Clerk's office is directed to issue a new subpoena in accordance with the terms of the Court's order.

        SO ORDERED.

Dated:      December 11, 2020

                                                                         Lewis A. Kaplan
                                                                     United States District Judge