UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA

-against-   19-cr-0504 (LAK)

ALAN KAUFMAN,

Defendant(s).

------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

1. The following schedule, which assumes subject to change that the trial shall begin on March 16, 2021, shall govern pretrial matters in this case:

| Disclosure | No Later Than |
|---|---|
| Government exhibit list (case in chief only) | March 2, 2021 |
| Government disclosure of § 3500 and *Giglio* | March 2, 2021 |
| Government witness list | March 2, 2021 |
| Government and defendant's requests to charge and proposed *voir dire* | March 2, 2021 |
| Defense exhibit list (defense case in chief only) | March 14, 2021 |
| Defense witness list and 26.2 statements | March 16, 2021 |

2. The government and the defendant each shall furnish the Court on a memory stick pdf images of the exhibits each proposes to offer on its case in chief no later than March 9 and March 14, respectively

SO ORDERED.

Dated:   February 22, 2021

Lewis A. Kaplan
United States District Judge