# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:              (917) 273-2693
nboxer@pkbllp.com

March 29, 2021

**By ECF**

The Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *United States v. Alan Kaufman*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

    We write on behalf of Defendant Alan Kaufman with respect to the draft verdict form and respectfully request that, under Count 1, the Court add the following question, consistent with its "Objects of the Conspiracy" instruction to the jury:

> If you checked "Guilty," is your unanimous verdict based on:  the first alleged object of the conspiracy, a violation of 18 U.S.C. § 215(a)(1); the second alleged object of the conspiracy, a violation of 18 U.S.C. § 215(a)(2); or both?

                                    Very truly yours,

                                      /s/ Nelson A. Boxer

                                    Nelson A. Boxer
                                    Christina Karam
                                    Paul-Gabriel D. Morales

                                    *Counsel for Alan Kaufman*