

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 5-18-21

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2021        MEMO ENDORSED

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

### Re:    United States v. Alan Kaufman, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully propose that the deadline for its response to the defendant's post-trial motions, filed on May 14, 2021, (*see* Dkt. No. 222) be set for June 11, 2021. The defendant has no objection to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:  s/_____
      Dina McLeod
      Michael C. McGinnis
      Nicholas W. Chiuchiolo
      Assistant United States Attorneys
      (212) 637-1040/ 2305/ 1247

cc: Nelson Boxer, Esq. (by ECF)

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ