

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2021

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Alan Kaufman</u>, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits this letter in response to the defendant's request to adjourn his sentencing to a date after September 21, 2021. (*See* Dkt. No. 243). The defendant writes in his letter that "We have conferred with the government, who informed us that it opposes this request because a reply submission was not directed by the Court." (*See id.*). While it is true that the Court has not invited replies, the Government's basis for opposing the request is that the mere desire to respond to various arguments made in the other party's sentencing submission is not a sufficient basis to warrant the adjournment of a long-scheduled sentencing. In its conversation with defense counsel, the Government was unable to identify any argument made in the Government's sentencing submission that required an adjournment to address. After reading the defendant's letter of today, the Government remains unable to identify any such argument.

    As is typical at a sentencing hearing, the Government anticipates that the Court will hear argument on any contested legal or factual issues at the sentencing. The defendant and the Government will be able to adequately address responses to the other's sentencing submissions at that time.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               United States Attorney
                               Southern District of New York

                       By:   */s/ Dina McLeod*
                               Dina McLeod
                               Nicholas W. Chiuchiolo
                               Michael C. McGinnis
                               Assistant United States Attorneys
                               (212) 637-1040 / -1247/ -2305

cc:    Counsel of Record (by ECF and email)