



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2021

**MEMO ENDORSED**

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Alan Kaufman, 19 Cr. 504 (LAK)**

Dear Judge Kaplan:

The Government respectfully submits this letter to request a short adjournment of sentencing. Two members of the prosecution team have household members who are awaiting COVID-19 test results. We therefore request this adjournment of sentencing to ensure the health and safety of everyone in the courthouse.

Defense counsel has no objection to this request. The parties are available September 28 to October 1, 2021 for a sentencing hearing, if the Court has availability on those dates.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *Dina McLeod*
Dina McLeod
Nicholas W. Chiuchiolo
Michael C. McGinnis
Assistant United States Attorneys
(212) 637-1040 / -1247/ -2305

cc: Counsel of Record (by ECF and email)

*Sentencing adjourned to 9/29/21 at 2:30 pm*

SO ORDERED

*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ