# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-22

April 22, 2022

By ECF
The Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alan Kaufman*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

On behalf of our client, Alan Kaufman, we respectfully request permission for Mr. Kaufman to travel by car to Lake George, New York, on June 20, returning to the Eastern District of New York on June 25. Mr. Kaufman would travel with his wife, and stay at the Hampton Inn at Lake George Village.

We have conferred with Pretrial Services Officer Corinne Carroll, who has informed us that she does not object to this application. We have also conferred with AUSAs Nicholas Chiuchiolo, Dina McLeod, and Michael McGinnis, who have informed us that the government does not object to this application.

Respectfully submitted,

/s/ Paul-Gabriel Morales

Paul-Gabriel Morales
Nelson Boxer
Christina Karam

cc (by ECF):   Nicholas Chiuchiolo
Dina McLeod
Michael McGinnis
*Assistant United States Attorneys*

Officer Corinne Carroll
*Pretrial Services*

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/25/22