UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

19-cr-504 (LAK)

ALAN KAUFMAN,

Defendant.

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-2023
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The defendant shall surrender to the Bureau of Prisons ("Bureau") at the institution designated by it for the commencement of service of the sentence on the date and by the time designated by the Bureau, which shall not be earlier than September 6, 2023. If the defendant for any reason has not previously surrendered to the Bureau, the defendant shall surrender to the United States Marshal for this district, on the fourth floor of this building, on September 7, 2023 before 2 p.m.

       SO ORDERED.

Dated:     July 12, 2023

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge