USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

UNITED STATES OF AMERICA,

-against- 19-cr-0504 (LAK)

ALAN KAUFMAN,

Defendant.

------------------------------------------ x

**ORDER TO ANSWER**

LEWIS A. KAPLAN, *District Judge.*

Defendant having filed a motion to vacate under 28 U.S.C. § 2255, the government is directed to answer no later than October 26, 2026. Defendant shall file any reply papers in support of his motion no later than November 9, 2026.

The Clerk of Court is directed to cause a Notice of Electronic Filing to be sent to the designated email account of the U.S. Attorney's Office for the Southern District of New York in accordance with this Court's Revised and Extended Memorandum of Understanding dated February 25, 2015.

SO ORDERED.

Dated: September 28, 2026

Lewis A. Kaplan
United States District Judge