USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-10-26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>*v.*<br><br>ALAN KAUFMAN, *ET AL.*,<br><br>*Defendant.* | 1:19-CR-00504-LAK-1<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of Mr. SERGUEL MAWUKO AKITI, Esq., to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Washington, D.C.; and that his contact information is as follows:

Applicant's Name: Serguel Mawuko Akiti, Esq.

Firm Name: Lowther | Walker, LLC

Address: 101 Marietta St. NW, Ste. 3650

City / State / Zip: Atlanta, GA 30303

Telephone / Fax: O 404.496.4052 | F 866.819.7859

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Alan Kaufman in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Clerk shall terminate Dkt 334

Dated: 11/10/26

United States District / ~~Magistrate~~ Judge